

September 27, 2022

**VIA FEDERAL EXPRESS AND EMAIL**
Roselyn.Tso@ihs.gov
[Tracking No. 8157 2137 3690]

Roselyn Tso, Director
Indian Health Service
5600 Fishers Lane
Rockville, MD 20857

  Re: Contract Disputes Act claim for unpaid contract support costs due in FY 2016 under Alaska Tribal Health Compact No. 58G950017 and associated Funding Agreement

Dear Director Tso:

  The Southeast Alaska Regional Health Consortium (SEARHC) hereby claims the right to immediate payment of $8,671,050 plus interest, due and owing to SEARHC under the provisions of the above-referenced Compact and associated funding agreement, as amended, in effect between the parties for fiscal year 2016. Calculations of this amount are shown below:

| | |
|---|---|
| FY 2016 Total Indirect Cost Need (After Exclusions) | $29,821,047[1] |
| FY 2016 Indirect Costs Paid by IHS | ($17,380,421) |
| FY 2016 Indirect Costs Attributable to Grants | ($3,769,576) |
| FY 2016 Indirect Costs Associated with Third-Party Revenue Expenditures | **$8,671,050** |

  This claim is submitted pursuant to the provisions of the Contract Disputes Act, 41 U.S.C. §§ 7101-7109 and §§ 110(a) and (d) of the Indian Self-Determination and Education Assistance Act, as amended (ISDEAA), for all damages arising out of the failure of the Indian Health Service (IHS) to pay full contract support costs (including indirect costs and direct contract support costs) to which SEARHC was entitled.

  During the year at issue, SEARHC's Compact, funding agreement, indirect cost agreements, and the ISDEAA obligated the United States to pay SEARHC no less than the full amount of contract

---

[1] Numbers used in this calculation tie back to SEARHC's 2016 Indirect Cost Rate Proposal and audited financials.

support costs, including indirect costs and direct contract support costs, associated with SEARHC's operation of the entire federal programs SEARHC carried out pursuant to its contracts with IHS, as amended. This claim is specifically comprised of costs to support SEARHC's total health program, consistent with the decision issued in *Navajo Health Foundation—Sage Memorial Hospital, Inc., v. Burwell*, Case No. 1:14-cv-00958 (D.N.M Nov. 3, 2016) (Docket 253), interpreting 25 U.S.C. §§ 5325(a)(3)(A)(ii) (reimbursable contract support costs include "any additional administrative or other expense incurred by the governing body of the Indian Tribe or Tribal organization and any overhead expense incurred by the tribal contractor in connection with the operation of the Federal program, function, service, or activity pursuant to the contract"). It includes the sum set forth above and, without limitation, all other damages arising out of IHS's failure to pay full contract support costs on portions of SEARHC's health program supported by third-party revenues. *See above* claim calculations (calculating unreimbursed contract support costs associated with programs funded with third-party revenues). The claim does not duplicate any funding provided as part of the Secretarial amount paid to SEARHC under the Compact. *See* 25 U.S.C. 5325(a)(3)(A) (limiting duplicative costs to "funding provided under subsection [5325](a)(1)"). Nor does it include costs associated with the portion of SEARHC's health program supported by funds appropriated to the Indian Health Service and paid to SEARHC under subsection 5325(a)(1).

This claim is supported by the originals of all contracts, contract modifications, funding agreements, amendment thereto, indirect cost rate agreements, and audits, all of which are in the custody of the Government. SEARHC has endeavored to calculate its claims based upon the best available evidence, including its audits and financial records. As additional documentation and information becomes available, and as additional analysis proceeds, the amount claimed herein or to be claimed in the event of any appeal, is subject to adjustment

Please recall that under the terms of the Prompt Payment Act, 31 U.S.C. § 611 and the Contract Disputes Act, interest is accruing on the amount due.

In any future correspondence concerning our claim, please send a copy to the law firm of Sonosky, Chambers, Sachse, Miller & Monkman, LLP, ATTN: Rebecca Patterson, at 510 L Street, Suite 310, Anchorage, AK 99501, rebecca@sonosky.net, or by facsimile to (907) 272-8332.

Sincerely,

Charles Clement  
President/Chief Executive Officer

## CERTIFICATION OF CONTRACT DISPUTES ACT CLAIMS

I, Charles Clement, President/Chief Executive Officer of Southeast Alaska Regional Health Consortium, hereby certify as follows on behalf of SEARHC:

1. The above claims are made in good faith;

2. The supporting data are accurate and complete to the best of my knowledge;

3. The amount requested accurately reflects the adjustment for which SEARHC believes the Government is liable; and

4. I have been duly authorized to certify this claim on behalf of SEARHC.

DATED this 27th day of September, 2022.

Charles Clement
President/Chief Executive Officer

## CERTIFICATE OF DELIVERY

I, Kris Fortier, Legal Assistant, swear or affirm under penalty of perjury that:

1.     I am an employee of SEARHC;

2.     I sent, or caused to be sent, the originals of this document via Federal Express to:

   Roselyn Tso  
   Director, Indian Health Service  
   5600 Fishers Lane  
   Rockville, MD 20857  
   Roselyn.Tso@ihs.gov

3.     I emailed, or caused to be emailed, a true and correct copy of this document to the person identified in paragraph 2 on the 27th day of September, 2022.

DATED this 27th day of September, 2022.

Kris Fortier  
Legal Assistant